# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MICHAEL S. ESCOBEDO** <br> 5117 Bandera Creek Trail <br> Austin, TX 78735 <br><br> **Plaintiff,** <br><br> v. <br><br> **THE HONORABLE PETE GEREN** <br> Secretary of the Army <br> 120 Army Pentagon <br> Washington, D.C. 20310 <br><br> **Defendant.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 08-0575 (RMC) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Lanny J. Acosta, Jr., Special Assistant U.S. Attorney, as counsel of record for defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
LANNY J. ACOSTA, JR.
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780