IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHAEL S. ESCOBEDO, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 08-00575 (RMC) |
| THE HONORABLE PETE GEREN, Secretary of the Army | ) | |
| Defendant. | ) | |

**JOINT MOTION TO ESTABLISH A BRIEFING SCHEDULE**

Plaintiff brings this action for review on an administrative record under the Administrative Procedure Act, 5 U.S.C. § 702, *et seq*, challenging a decision of the Army Board For Correction of Military Records. The parties have conferred and believe that the Court can decide the merits of this case based on cross-motions for summary judgment. The parties propose the following briefing schedule:

    1. Defendant's Motion for Summary Judgment and submission of Administrative Record due by **July 15, 2008**;

    2. Plaintiff's Cross Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment due by **September 15, 2008**;

    3. Defendant's Opposition to Plaintiff's Cross Motion for Summary Judgment and Reply to Plaintiff's Opposition due by **October 15, 2008**;

    4. Plaintiff's Reply to Defendant's Opposition due **November 17, 2008**; and

    5. Defendant's obligation to file an answer should be stayed until resolution of the parties' cross-motions for summary judgment.

Due to both counsel's extensive docket, the parties respectfully request an elongated briefing schedule. A proposed Order consistent with this Motion is attached.

Respectfully submitted,

_/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_/s_____
RUDOLPH CONTRERAS D.C. Bar #  434122
Assistant United States Attorney


_/s_____        _/s_____

DAVID P. SHELDON                          LANNY J. ACOSTA, JR.
Law Offices of David P. Sheldon, PLLC     Special Assistant U.S. Attorney
512 8th Street, SE                        455 Fourth Street, N.W.,
Washington, DC 20003                      Washington, D.C.  20530
(202) 546-9575                            (202) 353-9895

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MICHAEL S. ESCOBEDO**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**THE HONORABLE**<br>**PETE GEREN** )<br>**Secretary of the Army** )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 08-00575 (RMC) |

## ORDER

Upon consideration of the parties' Joint Motion to Establish a Briefing Schedule, and the entire record of this case, it is hereby

**ORDERED** that the Joint Motion to Establish a Briefing Schedule is **GRANTED**, and it is further

**ORDERED** that Defendant's Motion for Summary Judgment and submission of Administrative Record is due by July 15, 2008;

**ORDERED** that Plaintiff's Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment is due by September 15, 2008;

**ORDERED** that Defendant's Opposition to Plaintiff's Motion for Summary Judgment and Reply to Plaintiff's Opposition is due by October 15, 2008;

**ORDERED** that Plaintiff's Reply to Defendant's Opposition is due November 17, 2008; and

**ORDERED** that Defendant's answer is stayed until resolution of the parties' cross-motions for summary judgment.

Dated this _____ day of _____, 2008.

                                                                                                        Rosemary M. Collyer
                                                                                                        United States District Judge

Copies to:
Counsel for Parties via ECF