IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL S. ESCOBEDO, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 08-00575 (RMC) |
| THE HONORABLE ) | |
| PETE GEREN ) | |
| Secretary of the Army ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the parties' Joint Motion to Establish a Briefing Schedule, and the entire record of this case, it is hereby

**ORDERED** that the Joint Motion to Establish a Briefing Schedule is **GRANTED**, and it is further

**ORDERED** that Defendant's Motion for Summary Judgment and submission of Administrative Record is due by July 15, 2008;

**ORDERED** that Plaintiff's Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment is due by September 15, 2008;

**ORDERED** that Defendant's Opposition to Plaintiff's Motion for Summary Judgment and Reply to Plaintiff's Opposition is due by October 15, 2008;

**ORDERED** that Plaintiff's Reply to Defendant's Opposition is due November 17, 2008; and

**ORDERED** that Defendant's answer is stayed until resolution of the parties' cross-motions for summary judgment.

Dated this \_\_17\_\_ day of \_\_June\_\_, 2008.

_____
Rosemary M. Collyer
United States District Judge

Copies to:
Counsel for Parties via ECF