**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

———————————————————
                                              )
**MICHAEL S. ESCOBEDO**                        )
                                              )
            **Plaintiff,**                     )
                                              )
      **v.**                                    )        **Civil Action No. 08-0575 (RMC)**
                                              )
**THE HONORABLE PETE GEREN**                   )
**Secretary of the Army**                      )
                                              )
            **Defendant.**                     )
———————————————————)

### NOTICE OF FILING OF ADMINISTRATIVE RECORD

         The Administrative Record consisting of 664 pages will be filed with the Clerk of the

Court and served upon counsel for Plaintiff in electronic form on CD ROM rather than

electronically via ECF, in accordance with Local Civil Rule 5.4(e)(1)(B).   A courtesy paper

copy of the Administrative Record on paper will be provided to the Court.

                                   Respectfully submitted,


                         _____/s_____
                         JEFFREY A. TAYLOR, D.C. Bar # 498610
                         United States Attorney


                         _____/s_____
                         RUDOLPH CONTRERAS, D.C. Bar # 434122
                         Assistant United States Attorney


                         _____/s/_____
                         LANNY J. ACOSTA, JR.
                         Special Assistant United States Attorney
                         Civil Division
                         555 Fourth St., N.W.
                         Washington, D.C.  20530
                         202-353-9895  / FAX 202-514-8780